Certificate Number: 05781-PR-DE-041631839

Bankruptcy Case Number: 26-04600

05781-PR-DE-041631839

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2026, at 6:32 o'clock PM PST, Ana H. Martinez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: November 2, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President